UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON WAYNE DAVIS,

          Petitioner,

   v.

STATE OF WASHINGTON,

          Respondent.

CASE NO. 2:25-cv-01187-RSL-GJL

ORDER GRANTING EXTENSION OF TIME

The District Court has referred this federal habeas action to the undersigned. On October 2, 2025, the Court entered an Order granting Petitioner Jason Wayne Davis' Motion for a 90-day extension of time to file his habeas petition. Dkt. 9. As noted in the Order, Petitioner's Motion (Dkt. 8) was signed and dated by Petitioner on June 23, 2025, and thus if the Court granted a 90-day extension based on that date, the filing date for the habeas petition would have already passed. *See* Dkt. 9, at note 2. Nevertheless, the Court granted Petitioner an additional 30 days to file his petition, or until October 24, 2025. Dkt. 9.

In response to the Court's October 2, 2025, Order, Petitioner filed a Letter requesting that the Court further extend the time for filing the habeas petition. Dkt. 10. Petitioner asserts that his

ORDER GRANTING EXTENSION OF TIME - 1

previous request for a 90-day extension of time was for 90 days from when the Court granted the Motion rather than 90 days from when Petitioner filed the Motion. *Id*. at 1.

In light of Petitioner's assertion, and in the interests of justice to this *pro se* Petitioner, the Court construes Petitioner's letter as a Motion for a further extension of time and **GRANTS** the Motion.[1] Dkt. 10. Petitioner shall file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on or before **January 5, 2026**.[2] No further extensions of time will be granted by the Court without a showing of good cause.

Dated this 27th day of October, 2025.

Grady J. Leupold
United States Magistrate Judge

---

[1] Petitioner is advised that any further request for court action shall be set forth in a **motion**, properly filed and served. Pursuant to Rule 7(b) of the Local Rules for the Western District of Washington's District Court, any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

[2] Petitioner also seeks advice on what grounds to include in his habeas petition. Dkt. 9. However, the Court cannot offer legal advice and, thus, the request is denied.

ORDER GRANTING EXTENSION OF TIME - 2